1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   CLAUDE BENT,                        No C-09-3874 VRW (PR)

12              Petitioner,             ORDER GRANTING PETITIONER'S
                                        MOTION TO STAY FEDERAL
13          v                           PROCEEDINGS; GRANTING REQUEST
                                        TO PROCEED IN FORMA PAUPERIS;
14   MICHAEL S EVANS, Warden,           INSTRUCTIONS TO THE CLERK

15              Respondent.

16   _____/   (Doc #2)

17

18          Petitioner, a state prisoner at Old Folsom State Prison in

19   Folsom, California, has filed a pro se petition for a writ of habeas

20   corpus under 28 USC § 2254 challenging a judgment of conviction from

21   Alameda County superior court.  Petitioner sets forth three separate

22   claims of ineffective assistance of counsel, one of which he

23   concedes has not been exhausted (claim three).  Petitioner has

24   requested a stay of these proceedings to allow him to exhaust this

25   unexhausted claim.  Doc #1 at 6.  He also seeks leave to proceed in

26   forma pauperis, Doc #2, which, based on the information contained in

27   his application, is GRANTED.

28   //

1  Good cause shown, petitioner's request for a stay of these
2  proceedings so he can return to state court and exhaust claim three
3  is GRANTED.  See <u>Rhines v Webber</u>, 544 US 269, 277 (2005) (stay
4  appropriate where there was good cause for petitioner's failure to
5  exhaust his unexhausted claim in state court and the claim is
6  potentially meritorious).

7  The clerk is instructed TO CLOSE the case
8  ADMINISTRATIVELY.  Nothing further will take place in this matter
9  until petitioner exhausts claim three, and, within thirty (30) days
10  thereafter, moves to reopen the case, lift the court's stay and
11  amend the stayed petition to add the newly-exhausted claim.

14  IT IS SO ORDERED.

17  VAUGHN R WALKER
   United States District Chief Judge

27  G:\PRO-SE\VRW\HC.09\Bent-09-3874-stay-exhaust-administratively close.wpd

**2**