IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BENT, | No C-09-3874 VRW (PR) |
|     Petitioner, | ORDER GRANTING PETITIONER'S MOTION TO STAY FEDERAL PROCEEDINGS; GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS; INSTRUCTIONS TO THE CLERK |
|     v | |
| MICHAEL S EVANS, Warden, | |
|     Respondent. | (Doc #2) |

Petitioner, a state prisoner at Old Folsom State Prison in Folsom, California, has filed a pro se petition for a writ of habeas corpus under 28 USC § 2254 challenging a judgment of conviction from Alameda County superior court. Petitioner sets forth three separate claims of ineffective assistance of counsel, one of which he concedes has not been exhausted (claim three). Petitioner has requested a stay of these proceedings to allow him to exhaust this unexhausted claim. Doc #1 at 6. He also seeks leave to proceed in forma pauperis, Doc #2, which, based on the information contained in his application, is GRANTED.

//

**United States District Court**
For the Northern District of California

1        Good cause shown, petitioner's request for a stay of these
2  proceedings so he can return to state court and exhaust claim three
3  is GRANTED.  See <u>Rhines v Webber</u>, 544 US 269, 277 (2005) (stay
4  appropriate where there was good cause for petitioner's failure to
5  exhaust his unexhausted claim in state court and the claim is
6  potentially meritorious).
7        The clerk is instructed TO CLOSE the case
8  ADMINISTRATIVELY.  Nothing further will take place in this matter
9  until petitioner exhausts claim three, and, within thirty (30) days
10 thereafter, moves to reopen the case, lift the court's stay and
11 amend the stayed petition to add the newly-exhausted claim.

14       IT IS SO ORDERED.

                                 /s/ Vaughn R Walker
                                 **VAUGHN R WALKER**
                                 **United States District Chief Judge**

27 G:\PRO-SE\VRW\HC.09\Bent-09-3874-stay-exhaust-administratively close.wpd