UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Bent,

        Petitioner,

  v.

Evans,

        Respondent.

Case Number: C09-3874 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Claude S Bent
F-46429
Folsom State Prison
B1-D1-6L
PO Box 950
Folsom, CA 95763

Dated: January 29, 2010

        Richard W. Wieking, Clerk
        By: Cora Klein, Deputy Clerk