**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BENT, | No C-09-3874 VRW (PR) |
|     Petitioner, | ORDER GRANTING PETITIONER'S MOTION TO LIFT STAY OF PROCEEDINGS; REOPENING ACTION; INSTRUCTIONS TO THE CLERK |
|        v | |
| MICHAEL S EVANS, Warden, | |
|     Respondent. | |

Per order filed on January 29, 2010, the court granted petitioner's request for a stay of these habeas proceedings to permit him to exhaust additional claims in the state courts. The court advised him that within thirty days of exhausting the claims in the state high court, he must move to reopen the action, lift the court's stay and file an amended petition containing the newly-exhausted claims. Doc #4. He has done so now. See Doc ## 5-8.

Good cause appearing, petitioner's request to lift the court's stay, reopen the case and file an amended petition containing all claims is GRANTED.

1    The clerk is instructed to reopen the action.  An order on
2 the amended petition (Doc #8) will issue shortly.

3
4    IT IS SO ORDERED.

```
                              VAUGHN R WALKER
                              United States District Judge
```

G:\PRO-SE\VRW\HC.09\Bent-09-3874-lift stay-reopen.wpd