FILED

APR 0 1 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLAUDE BENT, | ) | No. C 09-03874 JW (PR) |
| Petitioner, | ) | |
| vs. | ) | ORDER TO SHOW CAUSE |
| | ) | |
| MICHAEL S. EVANS, Warden, | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner, a state prisoner incarcerated at California Substance Abuse Treatment Facility in Corcoran, California, has filed a pro se amended petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a criminal judgment from Alameda County superior court.  Doc. #8.

## BACKGROUND

According to the petition, petitioner pled no contest to attempted murder and voluntary manslaughter and was sentenced to fourteen years and four months in state prison.  Doc. #8 at 5.  Petitioner filed for habeas relief in the state courts, with the California Supreme Court denying relief on November 17, 2010.  Doc. #7; Doc. #8 at 12.   Petitioner filed the instant federal amended habeas petition on January 5,

United States District Court
For the Northern District of California

1  2011.  Doc. #8.

2

3                              **DISCUSSION**

4  A.      Standard of Review

5          This court may entertain a petition for a writ of habeas corpus "in behalf of a

6  person in custody pursuant to the judgment of a State court only on the ground that

7  he is in custody in violation of the Constitution or laws or treaties of the United

8  States." 28 U.S.C. § 2254(a).  It shall "award the writ or issue an order directing the

9  respondent to show cause why the writ should not be granted, unless it appears from

10  the application that the applicant or person detained is not entitled thereto." Id. §

11  2243.

12  B.      Legal Claims

13          Petitioner raises the following grounds for federal habeas relief:  (1) trial

14  counsel was ineffective for failing to advise petitioner of the immigration

15  consequences of his plea; (2) trial counsel was ineffective for failing to investigate

16  petitioner's mental health prior to advising petitioner how to plead, thereby

17  depriving him of a meritorious defense; and (3) the trial court erred in failing to

18  advise petitioner of the immigration consequences of his plea.  Doc. #8 at 9.

19  Liberally construed, these claims are sufficient to merit an answer from respondent.

20

21                              **CONCLUSION**

22          For the foregoing reasons and for good cause shown,

23          1.      The clerk shall serve by certified mail a copy of this order and the

24  petition and all attachments thereto on respondent and respondent's attorney, the

25  Attorney General of the State of California.  The clerk also shall serve a copy of this

26  order on petitioner.

27          2.      Respondent shall file with the court and serve on petitioner, within

28                                      2

**United States District Court**
For the Northern District of California

1  **sixty (60) days** of the issuance of this order, an answer conforming in all respects to

2  Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of

3  habeas corpus should not be issued.  Respondent shall file with the answer and serve

4  on petitioner a copy of all portions of the state trial record that have been transcribed

5  previously and that are relevant to a determination of the issues presented by the

6  petition.

7      If petitioner wishes to respond to the answer, he shall do so by filing a

8  traverse with the court and serving it on respondent within **thirty (30) days** of his

9  receipt of the answer.

10      3.      In lieu of an answer, respondent may file a motion to dismiss on

11  procedural grounds as set forth in the Advisory Committee Notes to Rule 4 of the

12  Rules Governing Section 2254 Cases.  If respondent files such a motion, petitioner

13  shall file with the court and serve on respondent an opposition or statement of non-

14  opposition within **thirty (30) days** of receipt of the motion, and respondent shall file

15  with the court and serve on petitioner a reply within **fifteen (15) days** of receipt of

16  any opposition.

17      4.      Petitioner is reminded that all communications with the court must be

18  served on respondent by mailing a true copy of the document to respondent's

19  counsel.  Petitioner must also keep the court and all parties informed of any change

20  of address.

21      IT IS SO ORDERED.

22

23  DATED: _March 29, 2011_

JAMES WARE
United States District Chief Judge

24

25

26

27  G:\PRO-SE\VRW\VRW-----JW REASSIGNMENTS 2011\HC-09\Bent-09-3874-osc-post exhaustion.wpd

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


CLAUDE S. BENT,

          Plaintiff,

   v.

MICHAEL S. EVANS et al,

          Defendant.

_____/

Case Number: CV09-03874 JW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Claude S. Bent F-46429
CSATF/SP
B3-107 Low
P.O. Box 5248
Corcoran, CA 93212

Dated: April 1, 2011

                        Richard W. Wieking, Clerk
                        /s/ By: Elizabeth Garcia, Deputy Clerk